**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 18, 2019

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Application GRANTED. The Clerk of Court is directed to terminate Docket No. 38.

SO ORDERED.

December 18, 2019

**Re:** **United States v. Joseph Galdieri, Sr.**
**19 Cr. 757 (JMF)**

Dear Judge Furman:

I write with the consent of the Government and Pretrial Services to request a temporary modification of Mr. Galdieri, Sr.'s bail conditions.

On October 1, 2019, the Honorable Kevin N. Fox set bail to a $100,000 personal recognizance bond signed by two financially responsible people and ordered that Mr. Galdieri, Sr. report to Pretrial Services as directed, surrender his passport, and restrict his travel to the Southern and Eastern Districts of New York.

I respectfully request that Mr. Galdieri, Sr.'s bail conditions be temporarily modified to allow him to travel to Atlantic City, New Jersey on January 23, 2020 and return on January 25, 2020. As the Court is aware from a prior bail modification request (which the Court granted), Mr. Galdieri, Sr. is a professional poker player and will be traveling to participate in a poker tournament at the Borgata Hotel. Mr. Galdieri, Sr. will provide itinerary details to his pretrial services officer.

Respectfully submitted,

*/s/Amy Gallicchio*
Amy Gallicchio
Assistant Federal Defender
(212) 417-8728

cc: AUSA Thomas J. Wright
US PTSO Winter Pascual (via email)