```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :   ORDER
         - v. -                  :
                                 :   19 CR 757 (JMF)
JOSEPH GALDIERI, Sr., and        :
JOSEPH GALDIERI, Jr.,            :
                                 :
               Defendants.       :
- - - - - - - - - - - - - - - - X
```

Upon the application of the defendants and with the consent of the Government, it is hereby

ORDERED that the motion deadline is extended to September 2, 2020; any opposition shall be filed by September 23, 2020; and any reply shall be filed by September 29, 2020. The pretrial conference is ADJOURNED to September 9, 2020 at 2:30 p.m. Time is excluded under the Speedy Trial Act between today and September 9, 2020; the Court finds that the ends of justice served by excluding such time outweighs the interests of the defendants and the public in a speedy trial because of the current public health emergency and the inability of counsel and the defendants to prepare motions. The Clerk of Court is directed to terminate Doc. #55.

SO ORDERED

Dated:   New York, New York
         July 2, 2020

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

The parties are cautioned that further adjournments and extensions of these dates are unlikely.