# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 4, 2020

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**Re:   United States v. Joseph Galdieri, Sr.
        19 Cr. 757 (JMF)**

> Given the public health situation in Florida, it is a mighty strange decision to travel there at the moment. But that not being a reason to deny the request under the Bail Reform Act, the application is GRANTED. The Clerk of Court is directed to terminate ECF No. 60. SO ORDERED.
>
> *[signature]*
> August 5, 2020

Dear Judge Furman:

I write with the consent of Pretrial Services to request a temporary modification of Mr. Galdieri, Sr.'s bail conditions. The Government has authorized me to inform the Court that it takes no position on this request.

On October 1, 2019, the Honorable Kevin N. Fox released Mr. Galdieri on a $100,000 personal recognizance bond signed by two financially responsible people and ordered that Mr. Galdieri, Sr. report to Pretrial Services as directed, surrender his passport, and restrict his travel to the Southern and Eastern Districts of New York. Mr. Galdieri has been in full compliance with these conditions since his release.

I now respectfully request that Mr. Galdieri, Sr.'s bail conditions be temporarily modified to allow him to travel with his wife, granddaughter, and youngest son to Delray Beach, Florida on August 20, 2020 and return on August 25, 2020. He will stay at a cousin's residence in Florida.

Respectfully submitted,

*/s/Amy Gallicchio*
Amy Gallicchio
Assistant Federal Defender
O : (212) 417-8728
M: (917) 612-3274

cc:    AUSA Thomas J. Wright