```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -  X
                                 :
UNITED STATES OF AMERICA         :
                                 :       ORDER
        - v. -                   :
                                 :       19 CR 757 (JMF)
JOSEPH GALDIERI, Sr., and        :
JOSEPH GALDIERI, Jr.,            :
                                 :
              Defendants.        :
- - - - - - - - - - - - - - - -  X
```

Upon the application of the parties, it is hereby

ORDERED that the conference scheduled for September 9, 2020 is adjourned to __October 26, 2020__, 2020 at __3:00 p.m.__; and

FURTHER ORDERED that time is excluded under the Speedy Trial Act between today and __October 26__, 2020; the Court finds that the ends of justice served by excluding such time outweighs the interests of the defendants and the public in a speedy trial because of the interests of the defendants in considering the possibility of a pre-trial disposition and meeting with their counsel for that purpose amidst the circumstances of the ongoing national emergency declared over the coronavirus pandemic.

SO ORDERED

Dated:   New York, New York
         August  26 , 2020

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

The Clerk of Court is directed to terminate ECF No. 64.