# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 25, 2020

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #66. SO ORDERED.

[signature]

September 25, 2020

Re:   **United States v. Joseph Galdieri, Sr.**
      **19 Cr. 757 (JMF)**

Dear Judge Furman:

On August 5, 2020, the Court granted Mr Galdieri's request to travel with his family to Florida on August 20, 2020.  ECF No. 62.  Mr. Galdieri had to cancel that trip and, with the Court's permission, would now like to reschedule it for October 6, 2020.

Therefore, I respectfully request that Mr. Galdieri, Sr.'s bail conditions be temporarily modified to allow him to travel to Florida on October 6, 2020 and return on October 12, 2020.

Respectfully submitted,

*/s/Amy Gallicchio*
Amy Gallicchio
Assistant Federal Defender
O :  (212) 417-8728
M:  (917) 612-3274

cc:   AUSA Thomas J. Wright