

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 30, 2020

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Joseph Galdieri, Sr. and Joseph Galdieri, Jr.*, 19 CR 757 (JMF)

Dear Judge Furman,

    The Government respectfully submits this letter on behalf of the parties in further response to the Order of the Court dated November 25, 2020. At this time, the parties anticipate achieving a pre-trial disposition as to each defendant; however, because the parties do not expect to be in a position for each defendant to enter a change of plea on or before December 8, 2020 when the parties are next scheduled to appear before the Court and because the parties are mindful of the Order of the Court dated October 22, 2020, the parties respectfully request that the Court adjourn the conference scheduled for December 8, 2020 and also set a date for trial in the second or third quarter of 2021, when the parties are presently available to proceed to trial with the exception of the weeks of Monday, April 12, 2021, Monday, June 14, 2021, and Monday, June 21, 2021. Pursuant to the Court's Individual Rules of Practice, the parties anticipate taking direction from the Court approximately two months prior to the date of trial with respect to all pre-trial deadlines. In the anticipated event that one or both defendants achieve a pre-trial disposition with the Government in the coming weeks, then the Government will promptly advise the Court on behalf of the parties. Finally, with the consent of the defendants, the Government respectfully requests that the Court exclude time under the Speedy Trial Act from today through the date set for trial or any control date set by the Court in advance of setting a trial date pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the defendants and the public in a speedy trial are outweighed here by the ends of justice served by allowing the defendants to prepare for trial and by scheduling the trial at a time that is consistent with the safety of the defendants and all other

participants in the trial amidst the circumstances of the ongoing national emergency declared in response to the coronavirus pandemic.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney

By: *Thomas John Wright*
    Thomas John Wright
    Assistant United States Attorney
    (212) 637-2295

Enclosure: Proposed Order

cc: Amy Gallicchio, Esq. (Counsel to Defendant Joseph Galdieri, Sr.) (by ECF)
    Inga L. Parsons, Esq. (Counsel to Defendant Joseph Galdieri, Jr.) (by ECF)

Trial is hereby scheduled to begin on May 24, 2021. The parties are warned that, COVID-19 conditions aside, that date is a firm date. Thus, any issues that could affect the ability to start on that date - whether they related to discovery, the relationship between a defendant and his counsel, whatever - must be raised sooner rather than later. Absent a disposition, the Court will indeed issue an order approximately two months before the trial date with pretrial deadlines and a final pretrial conference date. In light of the foregoing, the pretrial conference scheduled for December 8, 2020, is canceled. The Court excludes time under the Speedy Trial Act between today and May 24, 2021, finding that the ends of justice served by excluding such time outweigh the interests of the defendants and the public in a speedy trial because it will enable the defendants and counsel to confer in a safe manner to prepare for trial at a time when a jury trial could be safely conducted.

The Clerk of Court is directed to terminate ECF No. 80.

        SO ORDERED.

        November 30, 2020