**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 6, 2021

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #86. SO ORDERED.

April 6, 2021

Re: **United States v. Joseph Galdieri, Sr.**
    **19 Cr. 757 (JMF)**

Dear Judge Furman:

I write, with no objection from Pretrial Services, to request a temporary modification of Mr. Galdieri, Sr.'s bail conditions, to allow him to travel to Tampa, Florida with his wife and grandchildren. If granted, Mr. Galdieri would depart New York on April 13, 2021 and return on April 19, 2021 and will provide itinerary and accommodation details to his pretrial services officer prior to departure. The Government takes no position on this request.

On October 1, 2019, Mr. Galdieri was released on a $100,000 personal recognizance bond signed by two financially responsible people and ordered to report to Pretrial Services as directed, surrender his passport, and restrict his travel to the Southern and Eastern Districts of New York. Mr. Galdieri continues to be in full compliance with his conditions of release.

Respectfully submitted,

*/s/Amy Gallicchio*
Amy Gallicchio
Assistant Federal Defender
(212) 417-8728

cc: AUSA Thomas J. Wright
    US PTSO Andrew Abbott (via email)