UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- : 19-CR-757-1 (JMF)
:
JOSEPH GALDIERI, SR., : ORDER
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Trial in this matter is scheduled to begin on May 25, 2021. The final pretrial conference, currently scheduled for **May 20, 2021**, is hereby ADJOURNED to **May 24, 2021**, at **10:00 a.m. Unless and until the Court orders otherwise, the proceeding will be held in person in Courtroom 1105 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.** All other dates and deadlines remain in effect. *See* ECF No. 85.

SO ORDERED.

Dated: May 3, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge