# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 8, 2021

The Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Joseph Galdieri, Sr.**
      19 Cr. 757 (JMF)

Dear Judge Furman:

     I write, with the consent of the government to request an adjournment of the sentencing hearing in the above captioned matter currently scheduled for September 20, 2021. Unfortunately, I am unavailable that day and respectfully request an adjournment to September 27, 2021 at 11:00, which I understand is a date and time convenient with the Court and the government.

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio
Assistant Federal Defender
212-417-8728
917-612-3274

cc:   AUSA Thomas John Wright

Application GRANTED. The Clerk of Court is directed to terminate Doc. 128. SO ORDERED.

September 9, 2021